IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIRO ROLANDO GUAMAN GUERRERO,<br>        Plaintiff,<br><br>        v.<br><br>BRIAN MCSHANE, et al.,<br>        Defendants. | :<br>:<br>:<br>:   Civil No.: 2:25-cv-06974<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 21st day of January, 2026, upon consideration of Petitioner's Writ of Habeas Corpus (ECF No. 1) and given the nature of the relief requested, **IT IS HEREBY ORDERED** that the Government shall file and serve a written response to the Petition no later than **Thursday, January 22, 2026.** Failure to timely respond may result in the Court ruling on the Petition without the benefit of the Government's response or such other relief as the Court deems appropriate.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge